## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WENDKOUNI WILFRIED ARNOLD ZONGO,<br><br>Plaintiff,<br><br>v.<br><br>CARVER COUNTY, JANE DOE 1, UNKNOWN NUMBER OF UNKNOWN NAMED CORRECTIONAL OFFICERS, AND JASON KAMERUD,<br><br>Defendants. | Case No. 21-CV-1521 (NEB/BRT)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the May 23, 2022 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 37.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 37) is ACCEPTED;

2. Defendants' motion to dismiss (ECF No. 27) is GRANTED; and

3. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 6, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge